No. 608. Columbus Gas & Fuel Co. v. Public Utilities Commission of Ohio et al. April 9, 1934. Petition for rehearing denied. See 291 U.S. 651.

No. 919. Lutz v. Houck et al. Motion submitted April 14, 1934. Decided April 30, 1934. *Per Curiam:* The motion of the appellees to dismiss the appeal herein is granted, and the appeal is dismissed for the want of a substantial federal question. *Hayes* v. *Missouri,* 120 U.S. 68, 71, 72; *Budd* v. *New York,* 143 U.S. 517, 548; *Toyota* v. *Hawaii,* 226 U.S. 184, 191, 192; *Packard* v. *Banton,* 264 U.S. 140, 143, 144; *Radice* v. *New York,* 264 U.S. 292, 296; *Miller* v. *Wilson,* 236 U.S. 373, 384; *Price* v. *Illinois,* 238 U.S. 446, 453; *Silver* v. *Silver,* 280 U.S. 117, 123, 124; *Sproles* v. *Binford,* 286 U.S. 374, 396. *Mr. George Clinton, Jr.,* for appellant. *Mr. Henry Epstein* for appellees.

No. —, original. Ex parte Martin. April 30, 1934. The motion for leave to file petition for writ of habeas corpus is denied. *Mr. Milford B. Martin, pro se.*

No. 824. Missouri v. Missouri Pacific Ry. Co. et al. April 30, 1934. Petition for rehearing denied. Act of February 13, 1925, § 13 (43 Stat. 936, 942). See *ante,* p. 13.

No. 344. Puget Sound Power & Light Co. v. Seattle. April 30, 1934. Petition for rehearing denied. See 291 U.S. 619.